UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 468 |
| Darryl Austin, | Honorable Judge Holderman |
| v. | Magistrate Judge Mason |
| City of Chicago et. al., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jesus Castillo, Roy Mazzanti, Carmen Grau, and the City of Chicago

| |
|---|
| SIGNATURE      /s/ Avi T Kamionski |
| FIRM  Corporation Counsel Office |
| STREET ADDRESS  30 N. LaSalle Suite 1400 |
| CITY/STATE/ZIP  Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   06283191 | TELEPHONE NUMBER   312-744-0747 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES X     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐     NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |