IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRYL AUSTIN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHICAGO POLICE OFFICERS ROY )<br>MAZZANTI, JESUS CASTILLO, CARMEN )<br>GRAU and the CITY OF CHICAGO, )<br>)<br>Defendants. ) | No. 08 C 468<br><br>Judge James F. Holderman<br><br>Magistrate Judge Michael T. Mason |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_/s/ Irene K. Dymkar_
Irene K. Dymkar
Attorney for plaintiff,
Darryl Austin
Law Office of Irene K. Dymkar
300 W. Adams Street, Suite 330
Chicago, Illinois 60696
(312) 853-3489
Attorney No. 90785719
Date: 3/31/08

Respectfully submitted,

CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel

BY: _/s/_
Avi Kamionski
Assistant Corporation Counsel
Attorney for Defendants
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-0747
Attorney No. 6283191
Date: 4/2/08