## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 468 | **DATE** | 5/12/2008 |
| **CASE TITLE** | Darryl Austin vs. Chicago Police Officers Roy Mazzanti et al | | |

**DOCKET ENTRY TEXT**

ENTER AGREED ORDER OF DISMISSAL: All claims of plaintiff, Darryl Austin against defendants, City of Chicago, Roy Mazzanti, Jesus Castillo and Carmen Grau, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|