IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRYL AUTSIN, ) | |
|     Plaintiff, ) | |
|     vs. ) | No. 08 C 468 |
| CHICAGO POLICE OFFICERS ROY ) | Judge James F. Holderman |
| MAZZANTI, JESUS CASTILLO, CARMEN ) | |
| GRAU and the CITY OF CHICAGO, ) | Magistrate Judge Michael T. Mason |
|     Defendants. ) | |

**AGREED ORDER OF DISMISSAL**

    This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Darryl Austin, by one of his attorneys, Irene K. Dymkar, and defendants, Roy Mazzanti, Jesus Castillo and Carmen Grau, by their attorney, Avi Kamionski, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

    All of the claims of plaintiff, Darryl Austin, against defendants, City of Chicago, Roy Mazzanti, Jesus Castillo and Carmen Grau, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: *James F. Holderman*
The Honorable James F. Holderman
United States District Chief Judge

DATED: May 12, 2008